1  **FIDELITY NATIONAL LAW GROUP**
   **A Division of Fidelity National Title Group, Inc.**
2  **JOHN M. RYGH** (SBN 125040)
   Email:  john.rygh@fnf.com
3  915 Wilshire Boulevard, Suite 2100
   Los Angeles, California  90017
   Telephone:  (213) 438-4403
4  Facsimile:   (213) 438-4417

5  Attorneys for Defendant
   CHICAGO TITLE COMPANY

6

7
                      UNITED STATES DISTRICT COURT
8
                      CENTRAL DISTRICT OF CALIFORNIA
9

10 CHELSEA TAE-RYOUNG PARK, an        )   **CASE NO. LACV10-7695  JFW (JEMx)**
   individual,                        )   **Honorable John F. Walter**
                                      )
11              Plaintiff,            )   **JUDGMENT IN FAVOR OF**
                                      )   **DEFENDANT  CHICAGO TITLE**
12         v.                         )   **COMPANY**
                                      )
13 PMC BANCORP, a Business Entity, form )
   unknown; UNKNOWN MORTGAGE          )
14 BROKER, a Business Entity, form unknown )
   ; CHICAGO  TITLE COMPANY, a        )
15 Business Entity, form unknown;     )
   SPAULDING  PACIFIC, LLC, a Business )
16 Entity, form unknown ; MORTGAGE    )
   ELECTRONIC RECORDING SYSTEMS,      )
17 a Business Entity, form unknown ; and )
   DOES 1-10 inclusive,               )
18                                    )
                Defendants.           )
19 _____      )
                                      )
20

21

22

23
         On October 27, 2010 Plaintiff Chelsea Tae-Ryoung Park filed a first amended complaint in
24
   this action naming Chicago Title Company as a defendant.
25
                                              1
26 **[PROPOSED] JUDGMENT**                                                               L51101

On December 17, 2010 Chicago Title Company filed a motion to dismiss. The court ruled on January 10, 2011, granting Chicago's Motion to Dismiss.

For the reasons stated herein, judgment shall be and hereby is entered in favor of Defendant Chicago Title Company as follows:

Plaintiff's First Amended Complaint as against Defendant Chicago Title Company shall be and hereby is dismissed with prejudice.

Dated: January 20, 2011

_____
Honorable John W. Walter
Unites States District Judge