UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHELSEA TAE-RYOUNG PARK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PMC BANCORP, a Business Entity, form unknown; UNKNOWN MORTGAGE BROKER, a Business Entity, form unknown; CHICAGO TITLE COMPANY, a Business Entity, form unknown; SPAULDING PACIFIC, LLC, a Business Entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, a Business Entity, form unknown, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:10-cv-07695-JFW (JEMx)<br>The Hon. John F. Walter<br><br>**JUDGMENT**<br><br><br>Complaint Filed:　October 27, 2010<br>Trial Date:　　　　None |

On January 20, 2011, the Court granted defendant Mortgage Electronic Registration Systems, Inc.'s (**MERS**) motion to dismiss plaintiff Chelsea Tae-Ryoung Park's (**plaintiff**) first amended complaint,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendant MERS and against plaintiff on all causes of action alleged in the complaint. The complaint as to MERS is dismissed with prejudice.

Dated: January 31, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge